KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RODOLFO ROLANDO RODRIGUEZ- ) <br> BAEZA, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 3-06-70235 JL <br><br> [~~PROPOSED~~] ORDER AND STIPULATION EXTENDING TIME UNDER RULE 5.1 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties initially appeared on the instant matter April 13, 2006 for defendant's initial appearance on the complaint. On April 19, 2006, the parties appeared in front of the Honorable James Larson for arraignment, time was waived, and the matter was continued until May 8, 2006 for arraignment.

    2. On April 19, 2006, Chief Assistant Public Defender Geoffrey Hansen, who represents the defendant, requested an exclusion of time from April 19, 2006 to May 8, 2006, based on effective preparation and continuity of counsel. The defendant agreed to an extension of time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and an exclusion of time under the Speedy Trial Act. Therefore, the parties are requesting an extension of time under Rule 5.1(d) and an exclusion of time under the Speedy Trial Act. The parties agree that the time

1  from April 19, 2006 to May 8, 2006 should be extended under Rule 5.1(d) and excluded in
2  computing the time within which an information or indictment must be filed.  See 18 U.S.C. §
3  3161(h)(8)(A) and (B)(iv).
4      3.  In light of the foregoing facts, the failure to grant the requested exclusion would
5  unreasonably deny counsel for the defense the reasonable time necessary for effective
6  preparation, taking into account the exercise of due diligence.  See id.  The ends of justice would
7  be served by the Court excluding the proposed time period.  These ends outweigh the best
8  interest of the public and the defendant in a speedy trial.  See id. § 3161(h)(8)(A).
9      4.  For the reasons stated, the time period from April 19, 2006 to May 8, 2006 is extended
10 under Rule 5.1(d) and excluded from the calculation of time under the Speedy Trial Act, 18
11 U.S.C. § 3161(h)(8)(A).

13 IT IS SO STIPULATED.

15 DATED: _____                Respectfully Submitted,

17                                       _____/S/_____
                                         NAHLA RAJAN
18                                       Special Assistant United States Attorney

20 DATED: _____                _____/S/_____
                                         GEOFFREY HANSEN
21                                       Counsel for Rodolfo Rolando Rodriguez-Baeza

22
   PURSUANT TO STIPULATION, IT IS SO ORDERED.
23
            5/17/06
24 DATED: _____                _____
                                         HONORABLE
25                                       United States

IT IS SO ORDERED
Judge James Larson

STIPULATION AND PROPOSED ORDER         2
3-06-70235 JL